November 26, 1965

No. 69633.—Appeal 5218.—United States v. Christensen Diamond Products Co.—

—C.D. 2537. Appeal dismissed October 18, 1965.